ORIGINAL

EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Chief, Narcotics Section

CHRIS A. THOMAS       #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 21 2005

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00288 DAE |
| | ) | |
| Plaintiff, | ) | THIRD SUPERSEDING INDICTMENT |
| | ) | |
| vs. | ) | [21 U.S.C. §§ 841 and 846 |
| | ) |  and 18 U.S.C. § 2] |
| JERI-ANN LEWIS,         (05) | ) | |
| | ) | |
| Defendant. | ) | |

THIRD SUPERSEDING INDICTMENT

Count 1:

The Grand Jury charges:

From on or about January 1, 2001, through and including June 2002, in the District of Hawaii,

**JERI-ANN LEWIS**

defendant herein, and Lambert Apo, Jason Kurosawa, Harry Nakagawa, and others, who are not defendants herein, did willfully and unlawfully conspire together with each other and others known and unknown to the grand jury, to knowingly and intentionally possess with intent to distribute, and distribute, in excess of fifty (50) grams of methamphetamine, its salts, isomers, and salts of its isomers, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

It was the object of the aforesaid conspiracy to possess for distribution methamphetamine in Hawaii.

OVERT ACTS

In furtherance of said conspiracy and to effect the objects thereof, the defendant and others performed overt acts in the District of Hawaii and elsewhere which include, but are not limited to, the following:

1.  From approximately January 2001 though approximately June 2001, JERI-ANN LEWIS received methamphetamine from Lambert Apo and sold approximately 20 grams of methamphetamine per month to Jason Kurosawa.

2.  From approximately January 2001 though approximately June 2001, JERI-ANN LEWIS received methamphetamine

from Lambert Apo and sold approximately 20 grams of methamphetamine per month to Harry Nakagawa.

      3.   From June 2001 through June 2002, Jason Kurosawa and Harry Nakagawa would deliver the methamphetamine for LAMBERT APO.

      4.   From June 2001 through June 2002, JERI-ANN LEWIS assisted LAMBERT APO in the sale of methamphetamine by packaging, counting money, accompanying deliveries and distributing methamphetamine.

All in violation of Title 21, United States Code, Section 846.

### Count 2:

The Grand Jury further charges:

On or about February 22, 2002, in the District of Hawaii, **JERI-ANN LEWIS**, did knowingly and intentionally possess, with intent to distribute, and distribute, in excess of five (5) grams of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18 United States Code Section 2.

//
//
//
//

DATED: Honolulu, Hawaii,     DEC 2 1 2005    .

A TRUE BILL

/s/ Marilyn G. Saniatan
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Florence T. Nakakuni
_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

/s/ Chris A. Thomas
_____
CHRIS A. THOMAS
Assistant U.S. Attorney

United States v. Jeri-Ann Lewis
"Third Superseding Indictment"
Cr. No. 02-00288-05 DAE