# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/15/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR02-00288DAE

CASE NAME:        USA v. (05) Jeri-Ann Lewis

ATTYS FOR PLA:    Chris Thomas

ATTYS FOR DEFT:   (05) Gary Singh

INTERPRETER:

JUDGE:   Kevin S. C. Chang           REPORTER:   FTR C5

DATE:    5/15/2006                    TIME:       10:15-10:18:07am

COURT ACTION:  EP:  Final Pretrial Conference - defendant present, not in custody.

Mr. Singh has a conflict with the 6/14/06 trial date.  Final Pretrial Conference continued to 5/22/06 at 10:00am before Judge Chang in order for counsel to check their respective calendars and discuss a new trial date.  Defendant Lewis has no objection to the continuance.

Submitted by: Shari Afuso, Courtroom Manager