EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI     #2286
First Assistant U.S. Attorney

CHRIS A. THOMAS          #3514
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 02-00288 DAE |
|---|---|
| Plaintiff, | ) ORDER CONTINUING TRIAL AND |
| | ) TO EXCLUDE TIME |
| vs. | ) |
| | ) OLD TRIAL DATE: 6/14/06 |
| JERI-ANN LEWIS,     (05) | ) NEW TRIAL DATE: 8/22/06 |
| Defendant. | ) |

ORDER CONTINUING TRIAL AND TO EXCLUDE TIME

A Final Pretrial Conference in the above-captioned case was held on May 22, 2006. The appearance of Defendant was waived by the Court. Gary Singh, Esq. appeared on behalf of Defendant JERI-ANN LEWIS.

Pursuant to Defendant Lewis' oral motion to continue the trial date, with no objection by the Government, the Court continues the trial date from June 14, 2006 to August 22, 2006.

The Final Pretrial Conference is scheduled for July 24, 2006, at 10:00 a.m. before the Honorable Leslie E. Kobayashi.  Defendant's motions deadline is July 11, 2006, and the Government's response deadline is July 25, 2006.

The Court excludes the time from June 14, 2006, to and including August 22, 2006, from computation under the Speedy Trial Act.  The Court finds that the failure to grant a continuance would deny defense counsel the reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence.  The Court further finds that the ends of justice served by granting the continuance outweigh the best interest of the public and defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(ii).

DATED: Honolulu, Hawaii, May 25, 2006.



_____
Kevin S.C. Chang
United States Magistrate Judge

United States v. Jeri-Ann Lewis
Cr. No. 02-00288-05 DAE
Order Continuing Trial and to
  Exclude Time

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, the true and correct copy of the foregoing was served on the following at their last known address:

Served electronically:

Gurmail G. Singh, Esq.                May 23, 2006
ggsingh@hawaii.rr.com

Attorney for Defendant
Jeri-Ann Lewis

DATED:  Honolulu, Hawaii, May 23, 2006.

/s/ Janice Tsumoto