# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/26/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 02-00288DAE

CASE NAME:        USA v. (05)Jeri-Ann Lewis

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:   David Alan Ezra          REPORTER:

DATE:    07/26/2006               TIME:

---

COURT ACTION:  EO:  Jury Selection/Trial to Follow as to Defendant (05) Jeri-Ann Lewis continued  from 08/22/2006 09:00:00 AM to 09/05/2006 09:00:00 AM

Final Pretrial Conference as to Defendant (05) Jeri-Ann Lewis continued  from 07/24/2006 10:00:00 AM to 08/07/2006 10:00:00 AM,  Judge presiding changed from LEK to BMK,  from COURTROOM 7 to COURTROOM 6 before BMK

Time to be excluded from 8/22/2006 to 9/4/2006.

Stip to be prepared by Mr. Thomas.

Submitted by: Theresa Lam, Courtroom Manager