```
EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI     #2286
First Assistant U.S. Attorney

CHRIS A. THOMAS          #3514
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    Chris.Thomas@usdoj.gov
```

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 02-00288 DAE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING TRIAL AND TO |
| vs. ) | EXCLUDE TIME |
| ) | |
| JERI-ANN LEWIS,     (05) ) | |
| ) | OLD TRIAL DATE: 8/22/06 |
| Defendant. ) | NEW TRIAL DATE: 9/5/06 |
| _____) | |

STIPULATION AND ORDER
<u>CONTINUING TRIAL AND TO EXCLUDE TIME</u>

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the jury trial presently scheduled for August 22, 2006, be continued to September 5, 2006 at 9:00 a.m. before the Honorable David A. Ezra. The Final Pretrial Conference is set for August 7, 2006, at 10:00 a.m. before Magistrate Barry M. Kurren. Defendants' motions are due

July 10, 2006, and the Government's responses are due July 24, 2006.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the period beginning August 22, 2006, to and including September 5, 2006, be excluded from the computations required by the Speedy Trial Act, Title 18, United States Code, Section 3161.  The Court finds that the ends of justice outweigh the best interest of the public and the Defendants in a speedy trial because the continuance allows counsels for Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence in accordance with 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO STIPULATED.

//
//
//
//
//
//
//
//
//
//
//

//

DATED: Honolulu, Hawaii, _____July 25, 2006_____.

```
                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                          By /s/ Chris A. Thomas
                              CHRIS A. THOMAS
                              Assistant U.S. Attorney


                              /s/ Gary G. Singh
                              GURMAIL G. SINGH
                              Attorney for Defendant (05)
```

IT IS SO APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, July 31, 2006.



_____
David Alan Ezra
United States District Judge

United States v. Jeri-Ann Lewis
Cr. No. 020-00288 DAE
"Stipulation and Order Continuing Trial and
  to Exclude Time"