# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/07/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00288DAE |
| CASE NAME: | USA v. (05) Jeri-Ann Lewis |
| ATTYS FOR PLA: | Chris A. Thomas |
| ATTYS FOR DEFT: | (05) G. Gary Singh |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 08/07/2006 | TIME: | 10:14 - 10:15 |

COURT ACTION:  EP: Final Pretrial Conference as to (05) Jeri-Ann Lewis - deft present on bail.

Motion to Withdraw Not Guilty Plea and to Plead Anew is set for 8/11/2006 @ 9:30 a.m., Judge Kevin S.C. Chang.

Terminate: Final Pretrial Conference.

Submitted by Richlyn Young, Courtroom Manager