# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8/11/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR02-00288DAE |
| CASE NAME: | USA v. (05) Jeri-Ann Lewis |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | (05) Gary Singh |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 8/11/2006 | TIME: | 1:30-1:34:14pm |

COURT ACTION:  EP: Motion For Withdrawal of Not Guilty Plea and to Plead Anew. Defendant present, not in custody.

Defendant has decided not to change her plea and wishes to proceed to trial.

Jury Trial date of 9/5/06 at 9:00am before Judge Ezra shall be put back on the calendar.

Final Pretrial Conference held:
**CRIMINAL FINAL PRETRIAL CONFERENCE**

Jury Trial before Judge David Alan Ezra on September 5, 2006 at 9:00.a.m.

Representations by counsel on trial time:
The United States: 3 - 4 days

Defendant: (02) Jeri-Ann Lewis - 2 days

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants:

1. Fed. R. Evid. 404(b) : August 16, 2006
2. a. Motions in Limine filed and served by :August 16, 2006.
   b. Memoranda in opposition to motions in limine filed and served by: August 21, 2006.
3. Brady and Giglio Material by: August 16, 2006
4. a. Jury Instructions exchanged by August 16, 2006.
   d. Filings required by 4(b) & (c) by: August 23, 2006.

5. Witness Lists per stipulation by August 29, 2006.
6. <u>Exhibits</u>
    a. Parties will exchange exhibits.
    b. Original exhibits tabbed and in folders/binders, copy in folders/binders.
7. <u>Stipulations</u>: In writing and filed by August 23, 2006.
8. <u>Voir Dire Questions</u>: In writing by August 23, 2006.
9. <u>Trial Briefs</u>: by August 23, 2006.
10. <u>Jencks Disclosures</u> by the Friday before trial
11. <u>Other Matters</u>: Government has 2 mainland witnesses and will make efforts to contact said witnesses and inform them of the trial date and will contact the court if there are any problems.
12. N/A

Submitted by: Shari Afuso, Courtroom Manager

CR02-00288DAE
USA v. (02) Jeri-Ann Lewis
Final Pretrial Conference Minutes
8/11/2006