# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8/14/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR02-00288DAE

CASE NAME:        USA v. (05) Jeri-Ann Lewis

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    Kevin S. C. Chang          REPORTER:

DATE:     8/14/2006                  TIME:

---

COURT ACTION: EO: Jury Trial date of 9/5/06 has been moved to 9/6/06 at 9:00am before Judge Ezra.

Submitted by: Shari Afuso, Courtroom Manager