# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8/15/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR02-00288DAE

CASE NAME:       USA v. (05) Jeri-Ann Lewis

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Kevin S. C. Chang           REPORTER:

DATE:     8/15/2006                    TIME:

COURT ACTION:  EO: The Minute Order entered on 8/14/06 is hereby stricken.  The Jury Trial date for Defendant (05) Jeri-Ann Lewis is set for Tuesday, 9/5/06 at 9:00am before Judge Ezra.

Submitted by: Shari Afuso, Courtroom Manager