# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/25/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR 02-00288DAE

CASE NAME:         USA v. Jeri-Ann Lewis

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    David Alan Ezra          REPORTER:

DATE:     08/25/2006               TIME:

---

COURT ACTION:  EO:  Jury Selection/Trial to Follow as to Defendant (05) Jeri-Ann Lewis continued  from 09/05/2006 09:00:00 AM to 12/12/2006 09:00:00 AM before DAE

Final Pretrial Conference as to Defendant (05) Jeri-Ann Lewis continued  from 08/07/2006 10:00:00 AM to 11/13/2006 10:00:00 AM,  Judge presiding changed from BMK to KSC,  from COURTROOM 6 to COURTROOM 5 before KSC

Time to be excluded from 9/5/2006 to 12/11/2006

Stip to be prepared.

Submitted by: Theresa Lam, Courtroom Manager