EDWARD H. KUBO, JR.     #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI     #2286
First Assistant U.S. Attorney

CHRIS A. THOMAS          #3514
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00288 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL AND TO |
| vs. | ) | EXCLUDE TIME |
| | ) | |
| JERI-ANN LEWIS,    (05) | ) | |
| | ) | OLD TRIAL DATE: 9/5/06 |
| Defendant. | ) | NEW TRIAL DATE: 12/12/06 |
| _____ | ) | |

STIPULATION AND ORDER
CONTINUING TRIAL AND TO EXCLUDE TIME

        IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the jury trial presently scheduled for September 5, 2006, be continued to December 12, 2006 at 9:00 a.m. before the Honorable David A. Ezra.  The Final Pretrial Conference is set for November 13, 2006, at 10:00 a.m. before Magistrate Kevin S.C. Chang.  Defendants' motions are due

October 16, 2006, and the Government's responses are due October 30, 2006.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the period beginning September 5, 2006, to and including December 12, 2006, be excluded from the computations required by the Speedy Trial Act, Title 18, United States Code, Section 3161.  The Court finds that the ends of justice outweigh the best interest of the public and the Defendant in a speedy trial because the continuance allows counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence in accordance with 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO STIPULATED.

//
//
//
//
//
//
//
//
//
//
//

DATED: Honolulu, Hawaii, _____August 29, 2006_____.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii


        By /s/ Chris A. Thomas
           CHRIS A. THOMAS
           Assistant U.S. Attorney


        /s/ Gary G. Singh
        GURMAIL G. SINGH
        Attorney for Defendant (05)

IT IS SO APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, August 29, 2006.



_____
David Alan Ezra
United States District Judge


United States v. Jeri-Ann Lewis
Cr. No. 020-00288-05 DAE
"Stipulation and Order Continuing Trial and
  to Exclude Time"