# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/13/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR02-00288DAE |
| CASE NAME: | USA v. (05) Jeri-Ann Lewis |
| ATTYS FOR PLA: | Loretta Sheehan for Chris Thomas |
| ATTYS FOR DEFT: | (05) Gary Singh |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 11/13/2006 | TIME: | 10:06:56-10:10:07am |

COURT ACTION:  EP: Final Pretrial Conference - defendant 05's presence waived. Final Pretrial Conference continued to 11/20/06 at 10:00am before Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager