# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/20/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR02-00288DAE

CASE NAME:       USA v. (05) Jeri-Ann Lewis

ATTYS FOR PLA:   Chris Thomas

ATTYS FOR DEFT:  (05) Gary Singh

INTERPRETER:

JUDGE:    Kevin S. C. Chang            REPORTER:   FTR C5

DATE:     11/20/2006                   TIME:       2:02-2:05:02pm

COURT ACTION:  EP: Final Pretrial Conference - defendant present, not in custody.

By agreement of counsel, trial set for 12/12/06 has been continued to:

Jury Selection/Trial: 1/9/07, 9:00am, Judge Ezra
Final Pretrial Conference: 12/11/06, 10:00am, Judge Kurren
Motions due: 12/1/06
Response due:   12/15/06

The court finds that the ends of justice served by such an action outweigh the best interest of the public and the defendant in a speedy trial.  The court orders that the period from 12/12/06 to and including 1/9/07 be excluded from computation under the Speedy Trial Act as a failure to grant the continuance would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Government to prepare the order.

EO: Order to Show Cause Why Pretrial Release Should Not Be Revoked set 11/24/06, 10:30am, Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager