ORIGINAL

PS 10
(8/88)

RECEIVED
2006 NOV 17 AM 8:41
U.S. MARSHALS SERVICE
HONOLULU, HI.

# United States District Court
## for the
## District of Hawaii

U.S.A. vs Jeri-Ann Lewis                    Docket No. 02-00288DAE-05

TO: [1]**Any United States Marshal or any other authorized officer**

| WARRANT FOR ARREST OF DEFENDANT | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. | | | |
| NAME OF DEFENDANT<br>Jeri-Ann Lewis | SEX<br>Female | RACE<br>White | AGE<br>41 |
| ADDRESS(STREET, CITY, STATE) | | | |
| TO BE BROUGHT BEFORE<br>U.S. District Court - Hawaii<br>Prince Kuhio Federal Building<br>300 Ala Moana Boulevard, Room 7-222<br>Honolulu, HI 96850-7222 | | | |
| CLERK<br>Sue Beitia | (BY) DEPUTY CLERK<br>*[signature]* | | DATE<br>NOV 17 2006 |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 21 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

| RETURN | | |
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED<br>11/17/2006 | DATE EXECUTED<br>11/20/2006 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>US Marshals Service<br>300 Ala Moana Blvd | | |
| NAME<br>Tony Cole | (BY)<br>Tony Cole<br>DUSM | DATE<br>11/20/06 |

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the District of Hawaii;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."