# MINUTES

                              FILED IN THE
              UNITED STATES DISTRICT COURT
                  DISTRICT OF HAWAII

11/24/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR02-00288DAE

CASE NAME:       USA v. (05) Jeri-Ann Lewis

ATTYS FOR PLA:   Chris Thomas

ATTYS FOR DEFT:  (05) Gary Singh

INTERPRETER:

JUDGE:    Kevin S. C. Chang          REPORTER:   FTR C5

DATE:     11/24/2006                 TIME:       10:31-10:33:40am

COURT ACTION:  EP: Order to Show Cause Why Pretrial Release Should Not Be Revoked - defendant present, in custody.

Based on Mr. Singh's representation, defendant wishes to obtain new counsel. Mr. Singh to file a motion.

Motion to Withdraw as Counsel and Order to Show Cause Why Pretrial Release Should Not Be Revoked shall be set for 11/30/06 at 10:00am before Judge Chang.

Defendant is remanded to the custody of the USMS

Submitted by: Shari Afuso, Courtroom Manager