Gary G. Singh, #6543
220 South King Street, Suite 2150
Honolulu, Hawaii 96813
Telephone: (808) 529-0626
e-mail: ggsingh@hawaii.rr.com

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 27 2006

at __ o'clock and __ min __M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 02-0288 DAE |
| Plaintiff, ) | |
| vs. ) | **NOTICE OF MOTION; MOTION TO WITHDRAW AS COUNSEL AND HAVE SUBSTITUTE COUNSEL APPOINTED; DECLARATION OF GARY G. SINGH; CERTIFICATE OF SERVICE** |
| JERI-ANN LEWIS, ) | |
| Defendant. ) | |
| ) | **Hearing Date:** |
| ) | Date: November 30, 2006 |
| ) | Time: 10:00 A.M. |
| ) | Judge: Kevin S. C. Chang |

**NOTICE OF MOTION**

TO:

EDWARD H. KUBO, JR.
United States Attorney
Att: Chris Thomas, Esq.
300 Ala Moana Boulevard
Honolulu, Hawaii 96813
    Attorney for Plaintiff
    United States of America

NOTICE IS HEREBY GIVEN That the Motion to Withdraw as Counsel and have Substitute Counsel Appointed shall come on for hearing before the Honorable Judge Kevin S. C. Chang, Judge of the above-entitled Court, in his courtroom in the United States Courthouse, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, on November 30, 2006 at 10

A.M., or as soon thereafter as counsel may be heard.

      DATED:  Honolulu, Hawaii, November 27, 2006

              _____
               Gary G. Singh

               Attorney for Defendant
               Jeri-Ann Lewis

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 02-0288 DAE |
| ) | |
| Plaintiff, ) | |
| ) | **MOTION TO WITHDRAW AS** |
| vs. ) | **COUNSEL AND HAVE SUBSTITUTE** |
| ) | **COUNSEL APPOINTED** |
| JERI-ANN LEWIS ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

**MOTION TO WITHDRAW AS COUNSEL**
**AND HAVE SUBSTITUTE COUNSEL APPOINTED**

COMES NOW GARY G. SINGH, counsel for Defendant Jeri-Ann Lewis, and moves this Honorable Court for an Order allowing GARY G. SINGH to withdraw as counsel, and have Substitute Counsel appointed for the Defendant Jeri-Ann Lewis.

This motion is based on the Defendant's right to the Effective Assistance of Counsel and her right to Appointed Counsel, guaranteed to her under the 6th Amendment of the United States Constitution. This motion is further based in accordance with Rule 1.16 of the Hawaii Rules of Professional Conduct. Specifically, Defendant's failure to cooperate with Counsel in trial preparation. Furthermore, on November 23, 2006, Defendant terminated Counsel's representation during a visit at the Federal Detention Center. This motion is supported by the attached Declaration of Gary G. Singh, the records and files herein and any further evidence that may be presented at a hearing on this motion.

Dated: Honolulu, Hawaii, November 27, 2006.

3

_____
GARY G. SINGH
Attorney for Defendant