IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 02-0288 DAE |
| Plaintiff, | ) | |
| vs. | ) | **DECLARATION OF GARY G. SINGH** |
| JERI-ANN LEWIS, | ) | |
| Defendant. | ) | |

**DECLARATION OF GARY G. SINGH**

I, GARY G. SINGH, am licensed to practice in Hawaii and am the attorney for Defendant Jeri-Ann Lewis ("Defendant") in the above-entitled case. I hereby declare that the following facts are true:

1. I was appointed to represent the Defendant on December 30, 2005.

2. I have fully discussed and explained the consequences of her failure to cooperate with me in preparation for trail, including my withdrawal as her counsel.

3. Trial date is set in this matter for January 9, 2007 before the Honorable Judge Ezra.

4. This Court is respectfully requested to have counsel withdrawn and have substitute counsel appointed for Defendant based on the following:

    a. Defendant has stated that she would like to terminate my services

    b. Defendant has refused to cooperate with me in preparation for trial.

    c. I have taken all steps reasonably practicable to protect the interests of Defendant.

I declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 27, 2006 at Honolulu, Hawaii.

Dated: Honolulu, Hawaii, November 27, 2006.

_____
GARY G. SINGH
Attorney for Defendant