IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 02-00288 DAE |
| Plaintiff, | ) ) ) | **CERTIFICATE OF SERVICE** |
| vs. | ) ) | |
| JERI-ANN LEWIS  Defendant. | ) ) ) ) ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date appearing below a copy of the foregoing document was duly served on the parties appearing in this action by hand delivering to the person(s) identified below at their respective last known addresses.

TO:

EDWARD H. KUBO, JR.
United States Attorney
Attn:Chris Thomas, Esq.
300 Ala Moana Boulevard
Honolulu, Hawaii  96813
      Attorney for Plaintiff
      United States of America

Jeri-Ann Lewis
Federal Detention Center - Honolulu
P. O. Box 30080
Honolulu, HI. 96820

DATED:    Honolulu, Hawaii, November 27, 2006

_____
Gary G. Singh
Attorney for Defendant