# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/30/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR02-00288DAE

CASE NAME:       USA v. (05) Jeri-Ann Lewis

ATTYS FOR PLA:   Chris Thomas

ATTYS FOR DEFT:  (05) Gary Singh

INTERPRETER:

JUDGE:   Kevin S. C. Chang           REPORTER:   FTR C5

DATE:    11/30/2006                  TIME:       10:06-10:10am (Motion)
                                                 10:10-10:20am (OSC)

COURT ACTION:  EP:
1. Motion to Withdraw as Counsel and Have Substitute Counsel Appointed [283]
2. Order to Show Cause Why Pretrial Release Should Not Be Revoked as to defendant 05

Defendant present, in custody.

Government takes no position on the Motion to Withdraw.  Motion denied.  Government to prepare the order.

Order to Show Cause Why Pretrial Release Should Not Be Revoked.  Defendant does not admit to the violations.  Court finds that defendant is in violation of the terms and conditions of her pretrial release.  Court revokes defendant's pretrial release.

Government orally moves to continue the 1/9/07 trial date one week out.  The court will address this oral motion on 12/5/06 at 9:00am, Judge Chang in order to allow defense counsel time to confer with his client.

Defendant remanded to the custody of the USMS

Submitted by: Shari Afuso, Courtroom Manager