```
EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00288 DAE |
|---|---|---|
| Plaintiff, | ) | ORDER DENYING DEFENDANT'S |
| | ) | MOTION TO WITHDRAW COUNSEL |
| vs. | ) | |
| JERI-ANN LEWIS, | ) | |
| Defendant. | ) | |

ORDER DENYING DEFENDANT'S MOTION
TO WITHDRAW COUNSEL

Defendant JERI-ANN LEWIS' Motion to Withdraw Counsel (hereinafter "Defendant's Motion") came on for hearing on November 30, 2006, before this Court. Chris A. Thomas, Assistant United States Attorney, appeared on behalf of the United States, and G. Gary Singh, Esq., appeared on behalf of Defendant Jeri-Ann Lewis.

Upon consideration of the motion submitted in connection with this matter and the arguments of counsel at the hearing,

IT IS HEREBY ORDERED that Defendant's Motion is DENIED.

The Court finds that the Defendant has engaged in a pattern of conduct which has prolonged the resolution of this case.  The Court finds that it is not in the interests of justice for Defendant to be allowed new counsel in this case.

DATED: December 4, 2006, at Honolulu, Hawaii.



_____
Kevin S.C. Chang
United States Magistrate Judge


U.S. v. Jeri-Ann Lewis
Cr. No. 02-00288 DAE
Order Denying Defendant's
    Motion to Withdraw Counsel