# MINUTES

FILED IN THE<br>
UNITED STATES DISTRICT COURT<br>
DISTRICT OF HAWAII<br>
<br>
12/04/2006  4:30 pm<br>
<br>
SUE BEITIA, CLERK

CASE NUMBER:      CR 02-00288DAE

CASE NAME:        USA v. (05) Jeri-Ann Lewis

ATTYS FOR PLA:    Chris A. Thomas

ATTYS FOR DEFT:   (05) G. Gary Singh

INTERPRETER:

---

JUDGE:    Barry M. Kurren          REPORTER:    C6F

DATE:     12/04/2006               TIME:        11:25 - 11:45

---

COURT ACTION:   EP: Motion to Withdraw Not Guilty Plea and to Plead Anew as to (05) Jeri-Ann Lewis - deft present on bail.

Consent to Rule 11 Plea in a Felony Case Before United States Magistrate Judge signed and filed.

Deft sworn and queried.  Advised of rights.
Memorandum of Plea Agreement signed and filed.

Plea of GUILTY entered to Count 2 of the Third Superseding Indictment.
Count 1 to be dismissed after sentencing.

Court to submit Report and Recommendation Concerning Guilty Plea recommending that deft be adjudged guilty.
Deft advised of right to file objection to Report and Recommendation.

Pre-Sentence Investigation Report ordered.

SENTENCING 4/9/2007 @ 3 p.m., DAE.
Trial date vacated.
Deft remanded to custody of U.S. Marshal.

Notified: Theresa Lam, Jury Clerks
Submitted by Richlyn Young, courtroom manager