ORIGINAL

EDWARD H. KUBO, JR.          #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI         #2286
Chief, Narcotics Section

CHRIS A. THOMAS              #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 4 2006

at ___11___ o'clock and ___45___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00288-05 DAE |
| Plaintiff, | ) ) ) | CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE UNITED |
| vs. | ) ) | STATES MAGISTRATE JUDGE |
| JERI-ANN LEWIS,      (05) | ) ) | |
| Defendant. | ) ) | |

CONSENT TO RULE 11 PLEA IN A FELONY
CASE BEFORE UNITED STATES MAGISTRATE JUDGE

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Fed.R.Crim.P., incident to the making of such plea. I understand that if the United States

Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Fed.R.Crim.P.  I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

DATED: _____, 2006, Honolulu, Hawaii.

_____
JERI-ANN LEWIS
Defendant

_____
G. GARY SINGH
Attorney for Defendant

APPROVED:

_____
CHRIS A. THOMAS
Assistant U.S. Attorney

U.S. v. Jeri-Ann Lewis
Cr. No. 02-00288-05 DAE
"Consent to Rule 11 Plea in a Felony
Case Before United States Magistrate Judge"