# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/05/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CR 002-00288DAE

CASE NAME:   USA v. (05) Jeri-Ann Lewis

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:

DATE:   01/05/2007               TIME:

COURT ACTION:  EO:  Correction to Minutes of 12/4/2006:

Defendant (05) Jeri-Ann Lewis was present in custody at the 12/4/2006 Motion to Withdraw Not Guilty Plea and to Plead Anew hearing.

Submitted by Richlyn W. Young, courtroom manager