Honorable Judge David A. Ezra
U.S. District Court House
300 Ala Moana Blvd
Honolulu, Hi 96850

February 20, 2007

Honorable Judge: David A. Ezra

A parents dream is to provide a safe environment for their children and teach them values and morals passed on to us by our parents. Society, economical changes and drugs has played a key roll in our children's lives today.

Unfortunately, one of my three daughters had her life altered because of drugs. I take part of the blame or maybe I should take all of the blame. I divorced my first wife and left my two daughters in her care. Joyce (my 1st wife) was a great mother and provided a good environment for them.

I on the other hand created what is known as the dysfunctional family. I loved my children and I truly respected their mom, but I was young and foolish. I had no idea at the time what emotional damage I caused my children when I walked away.

When my daughters got older Jan and Jeri let me know in no uncertain terms how hurt they felt when I left them. They felt betrayed because I gave them no reasonable answer for my leaving. I should have known their feelings as I was an only child and my father left me alone with my mom. The cycle of life repeating itself!

I am a retired police lieutenant with over 25 years of loyal service. I guess I didn't learn from my first marriage how I hurt my wife and children, because I re-married and again I divorced my wife and left behind another daughter Kelly.

I divorced both wives for different reasons, but my love for my daughters will never change. I have four great grand children and hope to have more.

Now that I've addressed some of my family issues, I'd like to talk to you about my daughter Jeri Ann Lewis. Currently, she is confined at the Federal Detention Center.

Page 2

Until she was 23-24 years old I had no real problems with her. When I was going through my second divorce case Jeri suffered a life threatening bout with cancer. She had a rupture of an ovarian tumor. She was on life support for about 2-3 weeks.

During this time she was given little chance of recovery. I spent every waking moment by her side until the doctor said she was OK! It's funny but it's true that people near death tell their loved one's what they never said when they were well.

After that terrible ordeal Jeri began running around in different social circles and I didn't see much of her. After retirement I began work in the Insurance Industry and Private Security Business.

Although we got together at family functions, we saw little of each other in the passing years. When she gave birth to my grand daughter McKayla I was there with other family members. She lived with her boyfriend Lambert Apo who I knew little about.

Then in 1999, I learned that Lambert was in Halawa Prison. Jeri didn't tell me much about Mr. Apo except that he was a good father. When Lambert got out of Halawa I got him a job at my friends Tow Service.

A year or so later I was informed by police vice officers that my daughter was seen in the company of Mr. Apo at locations where drug activities took place. I informed the police that if she is a participant she should be arrested.

Within a few months after that incident I learned that Jeri was taking my grand daughter around suspected drug dealers. That set me in search of both of them. Through help from fellow police officers I located Jeri and McKayla at the Pagoda Hotel.

I immediately took McKayla from Jeri and notified my first wife to pick her up. I then notified Child Protective Services and began legal intervention to take McKayla out of Jeri's care.

Joyce & Harry Okamoto are the legal guardian of McKayla. I took the necessary measures to secure my grand daughter's safety.

Jeri was residing at a halfway house when I took her under my care. She moved in with me and I transported her to UA centers and the Federal Building for testing. I also took her to her parenting classes and psychological meetings.

Page 3

I provided a good environment, food and minimal amount of money for her needs. I also spoke with the Federal Agent Allison on her progression. Not once did I receive a negative report about her urine test or missed appointments.

I realize that she failed to comply with instructions issued by the courts. Had I been informed of any infractions I would have her in court as ordered.

I understand that you hear many pleas for leniency by families trying to keep their children out of prison. I'm no different. Jeri just called the other day and expressed her sorrow for deceiving me and other members of the family. She said that her faith is in the hands of the Lord and the Judge.

Your Honor, I truly believe that my daughter led a respectful life, but was introduced to drugs and made bad decisions later in her life. The three years she spent in my care was no picnic for her. She spent most of her time in her room with little to do. I guess frustration and loneliness of not knowing her future played an important part in her recent behavior.

You are tasked with deciding the faith's of people's lives, no envious job. I have asked the courts leniency one other time in my police career. Before Judge Marie Milks I testified in behalf of an officer facing 33 years in prison. Because of my testimony this officer was given a DAG plea and is now an Investigator with the Prosecutors Office.

I truly believe in the judicial system and again I ask the courts to hear my pleas as a former police officer, but more so as a grieving parent. Prison will not provide the guidance my daughter needs, nor her time there improve social behavior in the world. She's truly suffered enough!

Sincerely,

James J. Lewis