CERTIFICATE OF SERVICE

I hereby certify that each of the forgoing documents was duly served on the following person on this date via First Class Mail to the following address.

>Chris A. Thomas, Esq.
>Assistant U.S. Attorney
>Room 6-100, PJKK Federal Building
>300 Ala Moana Boulevard
>Honolulu, Hawaii 96850
>
>Rosanne T. Donohoe
>U.S. Probation Officer
>300 Ala Moana Boulevard
>Honolulu, Hawaii 96850

**BY: MAIL ( X ) HAND ( )**

DATED: Honolulu, Hawaii, February 28, 2007.

_____
GARY G. SINGH
Attorney for Defendant