

```
GARY G. SINGH   6543-0
Attorney at Law
Central Pacific Plaza
220 South King Street, Suite 2150
Honolulu, Hawaii   96813
Telephone No.:  (808) 529-0626
e-mail: ggsingh@hawaii.rr.com

Attorney for Defendant
```

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 28 2007

ORIGINAL at 2 o'clock and 35 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Jeri-Ann LEWIS,<br><br>　　　　　Defendant. | CR. NO. 02-00288 DAE-05<br><br>STATEMENT OF NO OBJECTIONS TO PRESENTENCE REPORT; CERTIFICATE OF SERVICE<br><br>Date: April 9, 2007<br>Time: 3:00 p.m.<br>Judge: David A. Ezra |

### STATEMENT OF NO OBJECTIONS TO PRESENTENCE REPORT

The Defendant Jeri-Ann Lewis, has reviewed the presentence reports and has no objections to the factual statements.

DATED: Honolulu, Hawaii, February 28, 2007.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GARY G. SINGH
　　　　　　　　　　　　　　　　Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that each of the forgoing documents was duly served on the following person on this date via First Class Mail to the following address.

>Chris A. Thomas, Esq.
>Assistant U.S. Attorney
>Room 6-100, PJKK Federal Building
>300 Ala Moana Boulevard
>Honolulu, Hawaii 96850
>
>Rosanne T. Donohoe
>U.S. Probation Officer
>300 Ala Moana Boulevard
>Honolulu, Hawaii 96850

**BY: MAIL ( X ) HAND ( )**

DATED: Honolulu, Hawaii, February 28, 2007.

_____
GARY G. SINGH
Attorney for Defendant