# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/09/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00288DAE |
| CASE NAME: | USA v. (05)Jeri-Ann Lewis |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | (05)G. Gary Singh |
| USPO: | Rosanne Donohoe |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Ann Matsumoto |
| DATE: | 04/09/2007 | TIME: | 9:00am-9:05am(m/d)<br>9:05am-9:40am(sent) |

COURT ACTION:  EP: Sentencing to Count 2 of the 3rd Superseding Indictment as to Defendant (05)Jeri-Ann Lewis. Government's Motion for Downward Departure.

Defendant (05)Jeri-Ann Lewis present in custody.

The Memorandum Plea Agreement is accepted.

Government's Motion for Downward Departure-GRANTED.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by (05)Jeri-Ann Lewis.  Allocution by defendant's father, James Lewis.

SENTENCE:

Imprisonment:   18 MONTHS

Supervised Release:   3 YEARS

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of supervision.

    2.    Defendant shall not commit any federal, state, or local crimes.

3. Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervised release, unless there is a positive drug test, in which event the maximum shall increase up to one valid drug test per day.unless there is a positive drug test, in which event the maximum shall increase up to one valid drug test per day.

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. Defendant shall participate in and comply with substance abuse treatment, which includes drug and alcohol testing in a program approved by the Probation Office. Defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. Defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

9. That the defendant serve 6 months of home detention with electronic monitoring as arranged by the Probation Office. During this time, the defendant shall remain at her place of residence during non-working hours and shall not leave her residence without the approval of the Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures pursuant to the Participant's Agreement and shall earn leave as determined by the Probation Office. The defendant also will be responsible for the payment of the electronic monitoring costs as directed by the Probation Office.

10. That the defendant participate in a mental health program, to include parenting classes at the discretion and direction of the Probation Office.

Special Assessment: $100.00.  No fine.

JUDICIAL RECOMMENDATIONS: FDC Honolulu.  Drug treatment.  Vocational

training. Mental health treatment.

Defendant advised of her right to appeal.

Government's Oral Motion to dismiss all remaining counts as to this defendant only- GRANTED.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager