GARY G. SINGH   6543-0
Attorney at Law
Central Pacific Plaza
220 South King Street, Suite 2150
Honolulu, Hawaii   96813
Telephone No.: (808) 529-0626
e-mail: ggsingh@hawaii.rr.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR No. 02-00288 DAE-05 |
| | ) |
| | ) ADDITIONAL EXHIBITS |
| | ) FOR SENTENCING; |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| Jeri-Ann LEWIS, | ) |
| | ) Date: April 9, 2007 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: David A. Ezra |
| | ) |

ADDITIONAL EXHIBITS FOR SENTENCING

The Defendant Jeri-Ann Lewis, respectfully submit the following documents before the Honorable Court for consideration on the above matter:

A.   Letter from Jeri -Ann LEWIS, Defendant.

DATED:   Honolulu, Hawaii, April 6th, 2007.

GARY G. SINGH
Attorney for Defendant