Your Honor, I'm Jeri-Ann Lewis age 41 years old, Single parent of a beautiful daughter, McKayla, recently adopted by my loving mother, Joycenee Seki, and being supportive by my father, James Lewis.

Being the middle child of three daughters the childhood being raised effected the lifestyle, choices, actions and behaviors that appears today. My family showed their utmost in many ways, such as education, living shelter, health etc., and instead my character defects chose to live the criminal lifestyle by doing drugs.

Your Honor, I am not able to change my past actions or behaviors, yet, taking this moment today, Thanking many whom cared for me, Authorities, DEA, HPD, Doctors, treatment programs, friends, families, co-workers, community that I resided in, daughter, McKayla, most of all my parents.

I, Jeri-Ann, had a disease, and through my separation and incarceration, the effect of being away from my family and loss of freedom really took a toll of loneliness, sadness, hurt, pain, guilt, embarrassment, fear and many other feelings which this time alone made me process. Being able to see the danger of others I effected, families life and earnings I took

away by using drug, tax payers hard working income, vacation, entertainment, health, society, increase of taxes, all these are affects of drug users like myself. and today, I am sincere and plea for forgiveness from all that I've done wrong to, and would like to be given another opportunity in life as an adult either through intense drug treatment and accept that consequences are given to change my defective thinking. Again, upon closing, I am very shame and take full responsibility for my behaviors and will do my utmost from hereon to be a daughter, woman of dignity, mother and citizen whom will abide by rules in society, be someone successful and productive. Your Honor, Ezra, I am able to set goals in life and seeking to accomplish them one day at a time, by attending meetings, school and seeking full time employment to support myself and my family. Upon closing, thank you, Your Honor, Prosecutor, probation officer, my attorney and all that are here with me today upon my sentencing, and my utmost thanks to my higher power whom gave me the strength through this journey, thank you!

Jeri Ann M. Lears