<u>CERTIFICATE OF SERVICE</u>

I hereby certify that each of the forgoing documents will be duly served on the following person on this date via hand deliver to the following address.

      Chris A. Thomas, Esq.
      Assistant U.S. Attorney
      Room 6-100, PJKK Federal Building
      300 Ala Moana Boulevard
      Honolulu, Hawaii 96850

      Rossanne T. Donohoe
      U.S. Probation Office
      300 Ala Moana Boulevard
      Honolulu, Hawaii 96850

              **BY: MAIL ( ) HAND ( x )**

DATED: Honolulu, Hawaii, April 6th, 2007.

                _____
                GARY G. SINGH
                Attorney for Defendant