AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 1:02CR00288-005 | Judgment - Page 2 of 6 |
| DEFENDANT: JERI-ANN LEWIS | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 18 MONTHS.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 3 2007

SUE BEITIA, CLERK

[✔]  The court makes the following recommendations to the Bureau of Prisons:
FDC Honolulu. Drug treatment. Vocational training. Mental health treatment.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
  [ ] at ___ on ___.
  [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  [ ] before _ on ___.
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

Defendant delivered on  05-08-07  to  FDC Honolulu
at  Honolulu HI  , with a certified copy of this judgment.

John T Rothman
WARDEN ~~UNITED STATES MARSHAL~~

By  W. Tsai
LIE   ~~Deputy U.S. Marshal~~